[No. 24893-3-III. Division Three. April 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE J. HARBOUR, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00055-8, Carrie L. Runge, J., entered December 30, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24983-2-III. Division Three. April 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY M. IRBY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00239-2, Donald W. Schacht, J., entered February 28, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 56949-0-I. Division One. April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07005-2, Laura C. Inveen, J., entered September 26, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56952-0-I. Division One. April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EMMETT FITZGERALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03221-7, John P. Erlick, J., entered September 19, 2005. *Affirmed* by unpublished per curiam opinion.